IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2015 APR -1  PM 4: 13

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

| | | |
|---|---|---|
| DYNAMIC 3D GEOSOLUTIONS, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-14-CV-527-LY |
| | § | |
| LMK RESOURCES, INC. AND | § | |
| LMKR HOLDINGS, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above-referenced cause.  On April 1, 2015, counsel for Plaintiff and Defendants notified the court by telephone that the parties have reached a tentative settlement agreement.  In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file dismissal documents **on or before May 1, 2015.**

**IT IS FURTHER ORDERED** that the claims construction hearing scheduled for Thursday, April 2, 2015, at 9:00 a.m. is **CANCELED**.

SIGNED this ____1st____ day of April, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE